369 A.2d 1223
**In re ESTATE of Nicholas ENTINGER,
Deceased.**

**Appeal of Thomas D. MITNICK.**

Supreme Court of Pennsylvania.

Submitted Sept. 24, 1976.

Decided Feb. 28, 1977.

Andrew C. Van Gorder, Paul M. Goltz, Pittsburgh, for appellant.

Paul M. Petro, Donora, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Decree affirmed. Each party pay own costs.